UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-mc-00069-FDW-DSC

| | |
|---|---|
| LEGACY DATA ACCESS, LLC, )<br> )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>MEDIQUANT, INC., )<br> )<br>    Defendant. )<br>_____ ) | ORDER and NOTICE OF HEARING |

THIS MATTER is before the Court on non-party William J. Rowland's Emergency Motion to Stay the Court's May 22, 2017, Order. (Doc. No. 26). The Court GRANTS the motion and stays the Court's May 22, 2017, Order (Doc. No. 24) for forty-eight (48) hours from entry of this Order.

In addition, the Court ORDERS the parties in this case and Rowland to TAKE NOTICE that the Court will hold a hearing to resolve this matter on **Wednesday, May 24, 2017,** at **3:00 p.m.** in Courtroom #1-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, N.C. 28202. The Court will hear from counsel for Plaintiff, Defendant, and Rowland during this hearing.

IT IS, THEREFORE, ORDERED that Rowland's Emergency Motion to Stay (Doc. No. 26) is GRANTED, and the Court's May 22, 2017, Order, is stayed for forty-eight (48) hours from entry of this Order.

IT IS SO ORDERED.

Signed: May 22, 2017

_Frank D. Whitney_
Frank D. Whitney
Chief United States District Judge